IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND


PETER BRIAN KOEHLER                    *
3132 Clarendon Drive
Annapolis, MD 21403                     *

     Plaintiff                        *

v                                       *        Case No.:

ANTHONY J. MANGANARO
400 Alton Road Unit 3101                *
Miami Beach Florida, 33139
                                        *
TODD M. MANGANARO
400 Alton Road Unit 3101                *
Miami Beach, Florida 33139

     Defendants                       *

\* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL TO FEDERAL COURT**

    Anthony J. Manganaro and Todd M. Manganaro, Defendants, by their attorneys, Matthew T. Angotti and George A. Alarcon, pursuant to 28 U.S.C. 1441, et. seq. hereby file the following Notice of Removal to Federal Court, and for good cause state as follows:

    1.    Plaintiff, Peter Brian Koehler, has filed an action in the Circuit Court for Anne Arundel County, case number C02-CV-26-000741, against Anthony J. Manganaro and Todd M. Manganaro, alleging on April 4, 2024 an automobile accident took place due to the negligence and other wrongs of Defendants. Pursuant to 28 U.S.C. 1446(a), a copy of all pleadings and orders served or acquired by Defendant are attached hereto as Exhibit 1.

    2. The case is removable to this court based upon diversity of citizenship as the Plaintiff, Peter Brian Koehler, is a citizen of Annapolis, Maryland. Defendants, Anthony J. Manganaro and

Todd M. Manganaro, are citizens of and reside in Miami Beach, Florida. Plaintiff seeks in excess of $75,000.00 in damages.

3. Defendants were served on May 21, 2026.

WHEREFORE, Defendant, Anthony J. Manganaro and Todd M. Manganaro, hereby pray the subject action be removed to the United States District Court for the District of Maryland.

*/s/ Matthew T. Angotti*
Matthew T. Angotti (Fed Bar No. MD 05949)
*/s/ George A. Alarcon*
George A. Alarcon (Fed Bar No. 31763)
ANDERSON, COE & KING, LLP
Seven St. Paul Street, Suite 1600
Baltimore, Maryland 21202
Angotti Direct:  443-573-9308
Alarcon Direct:  443-573-9304
(F) 410-752-0085
angotti@acklaw.com; alarcon@acklaw.com
*Attorneys for Defendants, Anthony J. Manganaro*
*and Todd M. Manganaro*

## Certificate of Service

I HEREBY CERTIFY that on this 9th day of June 2026, a copy of Defendants' Removal to Federal Court was electronically filed/served or mailed first-class mail, postage prepaid to:

Christopher L. Beard (ID# 76122010016)
P.O. Box 2271
170 West Street
Annapolis, Maryland 21404
410-267-0227 (F) 888-294-5730
chris@attorneybeard.com
*Attorney for Plaintiff*

*/s/ Matthew T. Angotti*
Matthew T. Angotti (Fed Bar No. MD 05949))
*/s/ George A. Alarcon*
George A. Alarcon (Fed Bar No. 31763 )
