E-FILED; Anne Arundel Circuit Court
Docket: 3/25/2026 10:54 PM; Submission: 3/25/2026 10:54 PM
Envelope: 25726171

## IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

PETER BRIAN KOEHLER
3132 Clarendon Drive
Annapolis, Maryland 21403

    *Plaintiff*

v.

ANTHONY J. MANGANARO
806 Coachway
Annapolis, Maryland 21401

and

TODD M. MANGANARO
806 Coachway
Annapolis, Maryland 21401

    *Defendants*

Civil No.: C-02-CV-26-000741

\*　\*　\*　\*　\*　\*　\*

## COMPLAINT AND DEMAND FOR JURY TRIAL

Peter Brian Koehler, Plaintiff, by his attorney, Christopher L. Beard, hereby files this Complaint against Defendants, Anthony J. Manganaro and Todd M. Manganaro, and in support of his cause of action, states the following:

### Parties, Jurisdiction, and Venue

1. Plaintiff, Peter Brian Koehler, was and is an adult resident of Anne Arundel County, Maryland, residing at 3132 Clarendon Drive, Annapolis, Maryland 21403;

2. Defendant, Anthony J. Manganaro, was and is an adult resident of Anne Arundel County, Maryland, with an address of 806 Coachway, Annapolis, Maryland 21401;

3.  Defendant, Todd M. Manganaro, was and is an adult resident of Anne Arundel County, Maryland, with an address of 806 Coachway, Annapolis, Maryland 21401, and is the owner of the vehicle operated by Defendant Anthony J. Manganaro at the time of the collision;

4.  The Circuit Court for Anne Arundel County has subject-matter jurisdiction pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 4-402, as the amount in controversy exceeds Thirty Thousand Dollars ($30,000.00), exclusive of interest and costs;

5.  Venue is proper in the Circuit Court for Anne Arundel County pursuant to MD. CODE ANN., CTS. & JUD. PROC. § 6-201, as the collision giving rise to this action occurred in Anne Arundel County, Maryland;

## Facts Common to All Counts

6.  The allegations contained in the foregoing paragraphs are fully incorporated as though they were fully restated herein;

7.  On April 4, 2024, at approximately 8:35 p.m., Plaintiff, Peter Brian Koehler, was lawfully operating his 2011 Toyota Scion XB, traveling eastbound on West Street in a lawful and careful manner, with a green traffic signal in his favor, at the intersection of West Street and Riva Road in Anne Arundel County, Maryland;

8.  At that same time and place, Defendant Anthony J. Manganaro was operating a 2020 Tesla Model S, owned by Defendant Todd M. Manganaro, traveling westbound on West Street and attempting to turn left onto Riva Road, southbound;

9.  Defendant Anthony J. Manganaro failed to yield the right of way to Plaintiff, who was proceeding through the intersection on a green signal, and made a sudden and

2

unlawful left turn directly into the path of Plaintiff's oncoming vehicle, causing a violent head-on collision;

10. Defendant Anthony J. Manganaro was cited for failing to yield the right of way in violation of State law and was subsequently convicted in traffic court;

11. The force of the collision was such that all airbags deployed in both vehicles, both vehicles sustained disabling damage and were towed from the scene, and Plaintiff was required to be extricated from his vehicle;

12. As a result of the collision, Plaintiff was transported from the scene and the following day presented to a Patient First facility complaining of rib pain, back pain, and difficulty moving his left foot. He was subsequently evaluated in the emergency room on May 2, 2024;

13. Diagnostic imaging including MRI and CT scans of the thoracolumbar spine revealed neural foraminal stenosis, and a nerve conduction study confirmed a left peroneal nerve palsy with resulting foot drop and muscle atrophy;

14. Plaintiff received physical therapy, was fitted with an ankle-foot orthosis brace, underwent a cortisone injection, and was further evaluated by neurological specialists including Dr. Michael Dvorkin on February 27, 2025;

15. Plaintiff sustained traumatic injuries to the head, cervical spine, thoracic spine, lumbar spine, chest wall, and left leg, with permanent residual symptoms involving the neck, back, and left foot, including persistent foot drop;

16. Plaintiff has experienced ongoing symptoms consistent with post-traumatic stress disorder, including flashbacks, near-syncope, anxiety, and avoidance of the intersection where the accident occurred;

3

17.  Prior to the accident, Plaintiff had no problems with his head, neck, back, ribs, or leg, and his injuries and residual symptoms are causally related to the April 4, 2024 collision;

18.  As a result of the collision, Plaintiff was unable to continue his employment as a full-time bartender and server, has sustained substantial lost wages, and has incurred medical expenses in excess of $34,000.00, with future medical expenses anticipated;

**COUNT I**
**Negligence**

19.  The allegations contained in the foregoing paragraphs are fully incorporated as though they were fully restated herein;

20.  Defendant Anthony J. Manganaro owed a duty to Plaintiff and all other users of the roadway to operate his motor vehicle in a reasonably safe and prudent manner, in compliance with the laws of the State of Maryland;

21.  Defendant Anthony J. Manganaro breached his duty of care by failing to yield the right of way to oncoming traffic while making a left turn in violation of MD. CODE ANN., TRANSP. § 21-402;

22.  Defendant Anthony J. Manganaro further breached his duty of care by failing to maintain a proper lookout, failing to reduce speed to avoid a collision as required by MD. CODE ANN., TRANSP. § 21-801.1, and driving in a careless and imprudent manner in violation of MD. CODE ANN., TRANSP. § 21-901.1;

23.  As a direct and proximate result of the negligence of Defendant Anthony J. Manganaro, Plaintiff, Peter Brian Koehler, was caused to sustain severe, permanent, and disabling injuries, including traumatic injuries to his head, cervical spine, thoracic spine,

lumbar spine, chest wall, and left leg with peroneal nerve palsy and permanent foot drop, along with post-traumatic stress symptoms;

24. As a direct and proximate result of the negligence of Defendant Anthony J. Manganaro, Plaintiff has been caused to incur substantial medical expenses, lost wages and earning capacity, physical pain and suffering, mental anguish, emotional distress, and other economic and non-economic losses, past, present, and future;

25. Plaintiff, Peter Brian Koehler, further alleges that all of his damages and losses, past, present, and future were caused solely and proximately by the negligence of Defendant Anthony J. Manganaro, without any negligence or want of care on the part of Plaintiff contributing thereto.

**WHEREFORE**, Plaintiff, Peter Brian Koehler, claims damages against Defendant, Anthony J. Manganaro, for an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) and the cost of this action.

## COUNT II
## Agent, Servant, or Employee / Negligent Entrustment

26. The allegations of the foregoing paragraphs are incorporated herein by reference;

27. At the time of the collision, Defendant Todd M. Manganaro was the registered owner of the 2020 Tesla Model S, Maryland registration 35680CK, operated by Defendant Anthony J. Manganaro;

28. At the time of the collision, Defendant Anthony J. Manganaro was operating the vehicle with the permission and consent of Defendant Todd M. Manganaro and was

acting as the agent, servant, or employee of Defendant Todd M. Manganaro and within the course and scope of that agency, service, or employment;

29. Under the doctrine of *respondeat superior*, Defendant Todd M. Manganaro is vicariously liable for all negligent acts and omissions of Defendant Anthony J. Manganaro committed while acting within the course and scope of his agency, service, or employment;

30. In the alternative, Defendant Todd M. Manganaro negligently entrusted operation of his vehicle to Defendant Anthony J. Manganaro, who was seventeen years of age at the time of the collision, and whom Defendant Todd M. Manganaro knew or should have known was an inexperienced minor driver who was incompetent or otherwise unfit to operate the motor vehicle safely;

31. As a direct and proximate result of the negligence of Defendant Anthony J. Manganaro, for which Defendant Todd M. Manganaro is liable under the foregoing theories, Plaintiff sustained the serious and permanent personal injuries, economic damages, and non-economic damages described in the foregoing paragraphs.

**WHEREFORE**, Plaintiff, Peter Brian Koehler, claims damages against Defendant, Todd M. Manganaro, for an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00) and the cost of this action.

/s/ Christopher L. Beard
Respectfully submitted,
CHRISTOPHER L. BEARD
CPF #7612010016
P.O. Box 2271
170 West St.
Annapolis, MD 21404-2271
Tel.: (410) 267-0227 | Fax: (888) 294-5730
e-mail: chris@attorneybeard.com
*Attorney for Plaintiff*

## DEMAND FOR JURY TRIAL

Dear Sir/Madam Clerk:

Plaintiff demands a trial by jury.

Respectfully submitted,

/s/ Christopher L. Beard
CHRISTOPHER L. BEARD
CPF #7612010016
P.O. Box 2271
170 West St.
Annapolis, MD 21404-2271
Tel.: (410) 267-0227 | Fax: (888) 294-5730
e-mail: chris@attorneybeard.com
*Attorney for Plaintiff*

7